MARY McCHERRY, an Infant, by THOMAS McCHERRY, Her Guardian ad Litem, Respondent, *v.* THE SNARE AND TRIEST COMPANY, Appellant, Impleaded with Another.

SAME, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant, Impleaded with Another.

*McCherry* v. *Snare & Triest Co.*, 130 App. Div. 241, affirmed.
(Argued February 22, 1910; decided March 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 19, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Lynn W. Thompson, D. A. Marsh* and *George D. Yeomans* for appellants.

*Reno R. Billington* and *H. K. Jacobs* for respondent.

Judgment affirmed, with costs, as against both appellants; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Dissenting as to appellant, The Brooklyn Heights Railroad Company, CULLEN, Ch. J.